UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DERLE CUELLAR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED CONTRACTOR SERVICES, LLC,<br><br>    Defendant. | No. 5:20-CV-207-H |

### ORDER TO FILE CERTIFICATE OF INTERESTED PERSONS

On August 27, 2020, Derle Cuellar filed complaint in this case but did not provide the Clerk with a certificate of interested persons. N.D. Tex. Civ. R. 3.1(c), which applies to a complaint filed by electronic means, and 3.2(e), which applies to a complaint filed on paper, require that a complaint be accompanied by:

> a separately signed certificate of interested persons—in a form approved by the clerk—that contains—in addition to the information required by Fed. R. Civ. P. 7.1(a)—a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case. If a large group of persons or firms can be specified by a generic description, individual listing is not necessary.

Accordingly, no later than September 18, 2020, Derle Cuellar must comply with Rule 7.4 so that the Court can ensure that recusal is not required in this case.

So ordered on August 28, 2020.

                                                */s/ James W. Hendrix*
                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE