UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DERLE CUELLAR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED CONTRACTOR SERVICES, LLC,<br><br>    Defendant. | No. 5:20-CV-207-H |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Dkt. No. 13. The Court instructs the Clerk of Court to enter this dismissal and terminate the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), permitting dismissal of an action without a court order. All claims of the plaintiff, Derle Cuellar, are dismissed with prejudice. All claims of any unnamed member of the alleged class are dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

So ordered on October 9, 2020.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE